DIEGO AGÜEROS & Co., S. EN C., demandante y apelante, *v.* JOSÉ NAVARRETE, ALBERTO DÁVILA y DIONISIO VILLAVERDE, demandados y apelados.

No. 4129.—*Visto:* Mayo 6, 1927. *Resuelto:* Mayo 31, 1927.

1. SENTENCIA—INTERPRETACIÓN Y *Operation* EN GENERAL—EN CUANTO A LAS PARTES—RESPONSABILIDAD MANCOMUNADA O SOLIDARIA—SENTENCIA CONTRA VARIOS DEMANDADOS.—Una sentencia en términos generales contra 'dos demandados es solidaria y puede expedirse orden de ejecución contra cualquiera de ellos.
2. APELACIÓN Y ERROR—DERECHO DE REVISIÓN—PERSONAS CON DERECHO—PARTES PERJUDICADAS POR LA SENTENCIA.—Cuando el apelante no es parte perjudicada por la sentencia, procede desestimar el recurso interpuesto por él contra la misma.

MOCIÓN SOBRE DESESTIMACIÓN DE APELACIÓN, entablada ésta contra sentencia de *Charles E. Foote,* J. (San Juan, primer distrito),

en acción sobre cumplimiento de contrato y daños y perjuicios. *Desestimada la apelación.*

F. *Soto Gras,* abogado del apelante; *José S. Alegría,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1] La apelante se queja de una sentencia dictada en términos generales contra dos demandados, en vez de ser dictada contra ellos solidariamente. La apelante sostiene que la responsabilidad de los fiadores en una fianza para levantar un embargo, como en el presente caso, es solidaria. Estamos convencidos de que una sentencia en términos generales contra dos demandados es solidaria y que puede expedirse orden de ejecución contra cualquiera de ellos. 34 C. J. 505.

[2] Sin embargo, siendo esto así, la apelante obtuvo todo lo que deseaba, no fué perjudicada por la sentencia y de acuerdo con el artículo 294 del Código de Enjuiciamiento Civil tan sólo puede apelar la parte perjudicada. *Por tanto debe desestimarse la apelación.*